UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JULIET R. COTTON, )
)
Plaintiff, )
)
v. )   Civil Action No.  07 2190
)
JOHN CONYERS, JR., et al., )
)
Defendants. )
)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 11/20/07

_____
United States District Judge